**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

-------

**No. 95-8082**

-------

In Re: ELVIN PORTER,

                                        Petitioner.

-------

On Petition for Writ of Mandamus.  (CR-92-426-A)

-------

Submitted:  January 2, 1996          Decided:  March 11, 1996

-------

Before MURNAGHAN, NIEMEYER, and MICHAEL, Circuit Judges.

-------

Petition denied by unpublished per curiam opinion.

-------

Elvin Porter, Petitioner Pro Se.

-------

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Elvin Porter petitions for a writ of mandamus, complaining of delay in the district court. On June 24, 1994, Porter filed a motion for a new trial based upon newly discovered evidence under Fed. R. Crim. P. 33. On July 25, 1994, Porter filed motions to proceed in forma pauperis, to dismiss the indictments, and for production of documents. On February 16, 1995, a partial transcript of the district court's proceedings of December 11, 1992, was filed. On August 28, 1995, Porter filed this mandamus action alleging that the district court had failed to make a dispositive ruling on his motion for a new trial.

Because the district court's docket sheet reveals that transcripts of Porter's criminal proceedings had been filedCpresumably so that the district court could evaluate Porter's claim of newly discovered evidenceCjust over six months prior to the time Porter filed this mandamus petition, we find there has been no undue delay by the district court in acting upon the motion for a new trial. Accordingly, although we grant leave to proceed in forma pauperis, we deny mandamus relief without prejudice to Porter's right to file another petition if the district court does not act expeditiously. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the Court and argument would not aid the decisional process.

<u>PETITION DENIED</u>

2